IN THE UNITED STATES DISTRICT COURT
FOR
THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAR 3 1 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

LLOYD JUNIOR MAY,
    Plaintiff,

V.    CIVIL ACTION NO. 5:14CV00010

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,
    Defendant.

## COMPLAINT

The above-named plaintiff makes the following representations to this Court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:

1. The plaintiff's address is 9157 N. Congress St., Apt. 1, New Market, Va. 22844

2. The plaintiff complains of a decision which adversely affects the plaintiff in whole or in part. The decision has become the final decision of the Secretary for purposes of judicial review and bears the following caption:

| In the case of | claim for |
|---|---|
| LLOYD JUNIOR MAY | SOCIAL SECURITY DISABILITY |
| V. | BENEFITS |
| SOCIAL SECURITY ADMINISTRATION | |

3. The plaintiff has exhausted administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. 405(g) and 1383(c)(3).

WHEREFORE plaintiff seeks judicial review by this Court and the entry of a judgment for such relief as may be proper, including costs.

                                                         /s/ M. Marcelin McKie
                                                         M. Marcelin McKie
                                                         Attorney for Plaintiff
                                                         P.O. Box 5244
March 28, 2014                                    Charlottesville, Virginia 22905